UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jomo Hill, | Civil No. 20-1365 (SRN/LIB) |
| Petitioner, | |
| vs. | **ORDER** |
| Warden J. Fikes, | |
| Respondent. | |

Jomo Hill, Reg. No. 16738-089, FCI-Sandstone, K-1 9020, P.O. Box 1000, Sandstone, MN 55072, Petitioner Pro Se.

Ana H. Voss, Ann M. Bildtsen, and Chad A. Blumenfield, United States Attorney's Office, 300 South Fourth Street Suite 600, Minneapolis, MN 55415, for Respondent.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated January 29, 2021 [Doc. No. 9]. No objections have been filed in the time period permitted by the Local Rules.

Accordingly, and after an independent review of the files, records and proceedings in the above-entitled matter, IT IS HEREBY ORDERED THAT:

1. The Petition for Writ of Habeas Corpus, [Docket No. 1], is **DENIED**; and

2. This action is **DISMISSED with prejudice.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: February 16, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge